ZENIA GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Tel 415/394-3800
Fax 415/394-3806

Attorney for Defendant
JASON PETERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 060266 CRB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE |
| v. | |
| JASON PETERSON, | |
| Defendant. _____/ | |

THIS STIPULATION and ORDER to continue hearing date, it is hereby stipulated between the United States of America, by and through DAVID HALL, ESQ., AUSA, and Defendant JASON PETERSON, by and through her attorney, ZENIA GILG, that the bail revocation hearing now set for June 1, 2006, at the hour of 11:00 a.m., be rescheduled to Tuesday, June 13, 2006, at the hour of 2:00 p.m., in order to allow the attendance of counsel for Defendant JASON PETERSON in the District of Nevada case, No. 2:03-cr-542-JCM(PAL), to attend the hearing relative to revocation of bond in that case.

This Stipulation is made in good faith and not for purposes of delay, and is made solely to allow the attendance of defense counsel, DONALD YORK EVANS, of Reno, Nevada at the hearing

relative to the Nevada and the California cases.


/S/DAVE HALL                           /S/ZENIA GILG
DAVE HALL                              ZENIA K. GILG
Assistant U.S. Attorney                Attorney for Defendant
Dated: May 31, 2006                    Dated: May 31, 2006


**IT IS SO ORDERED.**

Dated:  6-1-06



JAMES                                  e Judge
United                       rict Court