1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0266 CRB |
| | ) | |
| Plaintiff, | ) | <u>DETENTION ORDER</u> |
| | ) | |
| v. | ) | |
| | ) | |
| JASON PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

On June 13, May 18, April 27, 2006, the Court held detention hearings and received evidence in the form of the United States' proffer, the defendant's proffer, and a report by United States Pretrial Services. After considering the evidence and the parties' arguments, the Court orders the defendant detained for the following reasons:

1. The defendant is charged in a federal indictment with conspiracy, multiple counts of distribution and possession with intent to distribute more than 50 grams of methamphetamine, and use of a telephone to facilitate same in violation of 21 U.S.C. §§ 846, 841 (a), and 843 (b), as well as a money laundering charge. The controlled substance offenses each carry a maximum sentence of life in prison. Accordingly, under 18 U.S.C. § 3142(e), it is presumed, subject to rebuttal by the defendant, that "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community."

DETENTION ORDER

1    2. The defendant failed to rebut section 3142(e)'s presumption. Indeed, in addition to the presumption the following additional factors indicate that he will not obey reasonable conditions of release and therefore and poses a danger to the community:

    a. The federal indictment is based on information gained from a lawful wiretap which showed trafficking in multiple pound quantities of methamphetamine over a period of several months. The defendant was overheard in telephone and the conversations led to proof the defendant, on multiple occasions, distributed methamphetamine.

    b. At the time of his illegal activities, the defendant was on pretrial release from the District of Nevada on serious Racketeering charges. The primary condition of the defendant's release was his promise to the Court that he would not commit any further crimes. Probable cause exists that defendant violated those release conditions. The District of Nevada has moved to violate his pretrial release based upon his alleged criminal activities in this district while he was on their release.

    c. The defendant was convicted in 1995 in San Francisco state court of felony illegal possession of a firearm and possession of a destructive devise and sentenced to 2 years in state prison.

    d. The defendant's parole was violated several times after his release from state prison.

3. Although the defendant and his family offered to post property worth more than $1,000,000, this would be insufficient to overcome the legal presumption of detention given defendant's illegal activities while on federal pretrial release in Nevada..

4. Taken together these facts establish by clear and convincing evidence that no condition or combination of conditions will reasonably assure defendant's appearances or the safety of the community as required .

5. The Court continued the matter until July 5, 2006 at 2:15 p.m. before United States District Court Judge Charles R. Breyer.

/ / /

/ / /

/ / /

DETENTION ORDER    2

Accordingly, the Court orders the defendant detained as to the pending matters before Judge Breyer and the District of Nevada. Due to the present prosecution in this District, the defendant is not ordered removed to the District of Nevada at this time.

IT IS SO ORDERED.

DATED: June 16, 2006

_____
JAMES LARSON
Chief Magistrate Judge