1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No:  CR 06-0266 CRB |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER TO STAY RELEASE ORDER OF MAGISTRATE JUDGE |
| v. | ) ) | |
| JASON PETERSON, | ) ) | San Francisco Venue |
| Defendant. | ) ) | |

The United States has moved this Court to revoke the magistrate's release order of November 9, 2006, and set an appeal hearing for November 13, 2006 at 8:30 a.m.  The Court hereby grants the requested hearing and orders a stay of United States Magistrate Judge James Larson's release order until further order of the Court.

.

DATED: November 9, 2006

_____
CHARLES R. BREYER
United States

IT IS SO ORDERED
Judge Charles R. Breyer

ORDER TO STAY RELEASE ORDER