UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JASON PETERSON, et al.,

    Defendants.
_____/

No. CR 06-0266 CRB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL MOTIONS SCHEDULE

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the previously set motions briefing and hearing schedule be continued as follows: Defendant's pretrial motions related to a facial attack and a *Franks'* attack on the wiretaps filing date be extended from March 30, 2007 to April 6, 2007. The filing deadlines for the government's opposition and the filing deadline for the defendant's reply shall remain as previously scheduled (April 20, 2007 and May 4, 2007, respectively). The hearing date shall remain as previously scheduled for May 16,

1

1  2007 at 2:15 p.m.   The reasons for this requested continuance
2  are presented in the accompanying declaration of counsel.
3        Dated: March 28, 2007

5  /S/ZENIA K. GILG                    /S/DAVID HALL
   ZENIA K. GILG                       DAVID HALL
   Attorney for Defendant              Assistant U.S. Attorney
6  JASON PETERSON

**IT IS SO ORDERED.**

Dated: April 2, 2007

CHARLES R. BREYER
U.S. District Judge



2