|   |   |   |
|---|---|---|
| 1 | | |

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          No. CR 06-0266 CRB

   v.                                  STIPULATION AND
                                        [PROPOSED] ORDER TO
                                         ALLOW JASON PETERSON
JOSEPH WILSON, and JASON PETERSON,    TO ATTEND FUNERAL
et al.,                                   OF BARBARA BARRETO

        Defendants.

_____/

    THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the Jason Peterson may attend the funeral of Barbara Barreto, the mother of Joey Wilson on May 12, 2007 between the hours of 12:00 p.m. and 6:00 p.m.

    The service will be held at 12:00 p.m. at the funeral home of Valenti Marini Parata, located at 4840 Mission Street in San Francisco.  Friends and family will be gathering after the funeral to mourn Ms. Barreto's passing.  Since Joey Wilson will obviously be present, the parties agree that Mr. Peterson may attend despite the no contact condition of this pre-trial release.

1  The reasons for this requested continuance are presented in
2  the accompanying declaration of counsel, Zenia K. Gilg.
3  Dated: May 8, 2007

| /S/RICHARD SARLATTE | /S/ZENIA K. GILG |
|---|---|
| RICHARD SARLATTE | ZENIA K. GILG |
| United States Pre-trial | Attorney for Defendant |
| | JASON PETERSON |

/S/DAVID HALL
DAVID HALL
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 10, 2007

_____
CHARLES R. BREYER
U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*